IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  |
|---|---|---|
| FAYETTE MIDDLE ANCHOR, LLC, agent of CBL & Associates Management, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | MISC. ACTION NO. |
| v. | ) ) | 3:20mc3931-MHT (WO) |
| KINNUCAN ENTERPRISES, INC., | ) ) ) | |
| Defendant, | ) ) | |
| VALLEY NATIONAL BANK, | ) ) | |
| Garnishee. | ) | |

ORDER

On December 28, 2020, plaintiff filed an application for a writ of garnishment (Doc. 3). After the writ was entered (Doc. 4), the garnishee filed an answer (Doc. 5) to the writ stating that defendant's accounts have zero balances. Based on the answer, the court ordered plaintiff to show cause, if any there be, by May 3, 2021, as to why the writ of garnishment (Doc. 4) should not be dismissed or vacated. *See* Order to Show Cause (Doc. 6). The deadline has passed without

a response. The court therefore concludes that the writ should be dismissed.

Accordingly, it is ORDERED that the writ of garnishment (Doc. 4) is dismissed.

DONE, this the 5th day of May, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE